RECEIVED
U.S. MARSHALS SERVICE
ALASKA

2005 APR 27 PM 8: 44

APR 19 2005
RECEIVED

JUN 0 6 2006

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

TIMOTHY M. BURGESS
United States Attorney

RICHARD L. POMEROY
Assistant United States Attorney
222 West 7th Avenue # 9, Room 253
Anchorage, AK 99513-7567
(907) 271-5071

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. A01-069 CR(HRH) |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | WRIT OF EXECUTION ON PERMANENT |
| | ) | FUND DIVIDEND |
| SAMUEL VELEZ, | ) | |
| | ) | |
| Defendant. | ) | |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On August 17, 2001, judgment was imposed in the above-entitled court and action, in favor of the United States of America as judgment creditor and against SAMUEL VELEZ as judgment debtor, for

   $0.00         criminal fines

   $1,950.13     restitution

   $100.00       special assessments

   $2,050.13     JUDGMENT AS ENTERED

   WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

   $240.00       accrued costs.

CREDIT must be given for payments and partial satisfactions in the amount of:

$1,000.00   which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

$1,290.13   ACTUALLY DUE on April 6, 2005, of which $1,050.13 is due on the judgment as entered and bears interest at the rate of 0% per annum, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the Alaska Permanent Fund Dividend of the said debtor, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs.

DATED this 25 day of April, 2005 at Anchorage, Alaska.

IDA ROMACK
Clerk of Court

**REDACTED SIGNATURE**

~~Deputy~~ Clerk

**No further action will be take on this writ. All process has been previously returned to the Clerk of Court.**

2